**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7111**

---

KENNETH LEE MOODY,

Plaintiff - Appellant,

versus

DR. LEVESTER THOMPSON; MINNIE R. BRADNER,
Nurse; WILLIE WILLIAMS, Nurse,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-99-574)

---

Submitted: October 5, 2000          Decided: October 25, 2000

---

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Lee Moody, Appellant Pro Se. Frank Fletcher Rennie, IV, COWAN & OWEN, P.C., Richmond, Virginia; Heather Marie Kofron, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Lee Moody appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moody v. Thompson, No. CA-99-574 (E.D. Va. July 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED